UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAVID LAWRENCE HODGES,

      Petitioner,

v.                               **ORDER**
                               Civil File No. 21-165 (MJD/ECW)

WILLIAM BOLIN, Warden, Moose
Lake Correctional Facility, Minnesota,

      Respondent.

Zachary A. Longsdorf, Longsdorf Law Firm, PLC, Counsel for Petitioner.

Jeffrey Wald, Assistant Ramsey County Attorney, Counsel for Respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated January 31, 2022. Petitioner David Lawrence Hodges filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated January 31, 2022.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated January 31, 2022 [Docket No. 13].

2. The Petition [Docket No. 1] is **DENIED**, and this action is **DISMISSED WITH PREJUDICE**.

3. Respondent's Motion to Dismiss [Docket No. 10] is **GRANTED**.

4. No certificate of appealability will issue.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 9, 2022              s/Michael J. Davis
                                   Michael J. Davis
                                   United States District Court